SNYDER v. MACK et al.

(Supreme Court, Appellate Division, Third Department. November 29, 1898.)

CHANGE OF VENUE—CONVENIENCE OF WITNESSES.
　　Where the witnesses as to the principal issue in a cause are mainly, if not entirely, in another county, and the books and papers of a corporation which may be material are also in such county, it is error to refuse a motion for a change of venue to such county.

Appeal from special term, Albany county.

Action by Paul Snyder against James Mack and others. From an order refusing a change of venue, defendants appeal. Reversed.

Argued before PARKER, P. J., and LANDON, HERRICK, PUTNAM, and MERWIN, JJ.

John A. Delahanty, for appellants John Mack and others.
James J. Farren, for appellant John F. Calder.
Dewitt C. Moore, for respondent.

PER CURIAM. Upon the papers before us it is quite clear that the main issue upon the facts is whether or not the orders given by the plaintiff were executed. The witnesses upon that subject are mainly, if not entirely, in the county of Albany. The books and papers of the corporation are also there, and they may be material upon the subject referred to. It seems to us that the convenience of witnesses requires the trial to be in Albany county, and therefore the motion of the defendant should have been granted.

Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event.